IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW, LTD., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 02-3798 |
| BALI BAR, INC. d/b/a THE RUM KEG, INC. d/b/a RUM KEG, INC., and THURKIEL E. EPPS, INDIVIDUALLY AND AS OF PRINCIPAL OF BALI BAR, INC. d/b/a THE RUM KEG, INC., | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this ___ day of October, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on <u>November 4, 2002</u> at <u>4:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES   C.J.

copies by FAX on
to